ward J. Callahan for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, and John H. McEvers for the United States.

No. 659. NORTHERN LIFE INSURANCE CO. v. KING. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. John L. McNab for petitioner. Mr. Ray T. Coughlin for respondent.

No. 661. KLEIN v. UNITED STATES FIDELITY & GUARANTY CO. March 14, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. Mr. Lawrence Koenigsberger for petitioner. Messrs. Edwin C. Brandenburg and Louis M. Denit for respondent.

No. 665. BRENNEN v. SMITH, WARDEN. March 14, 1932. Petition for writ of certiorari to the Supreme Court of California denied. Mr. Leo Brennen, pro se. No appearance for respondent.

No. 666. LEHIGH VALLEY R. Co. v. RUSSELL. March 14, 1932. Petition for writ of certiorari to the Supreme Court of New York denied. Messrs. Howard Cobb and Harold E. Simpson for petitioner. Mr. Ephraim J. Page for respondent.

No. 669. FRIGIDAIRE SALES CORP. v. MARKS. March 14, 1932. Petition for writ of certiorari to the Court of Ap